No. 99–6063. FRIENDS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–6064. BAUTISTA DE LA CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–6065. DAVID v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–6074. MITCHELL v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied. 

No. 99–6075. McHORSE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 99–6076. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–6079. ASHER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 99–6081. LOVE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 

No. 99–6085. MATTHEWS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–6087. ORTIZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 99–6090. STEELE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–6091. OROZCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–6094. UKOSITKUL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–6099. PERKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–6100. PRICE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.